# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Uncommon LLC, et al.
                        Plaintiff,

v.                                                  Case No.: 1:10−cv−04818
                                                        Honorable Ronald A. Guzman

UncommonGoods, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 26, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Defendant not in court. Status hearing held on 10/26/2010. Fact discovery and depositions ordered completed by 5/29/2011. Status hearing set for 1/12/2011 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.